IN THE UNITED STATES DISTRICT COURT
United States District Court for the District of Columbia

| | |
|---|---|
| MICHAEL HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>FEDERAL COMMUNICATIONS<br>COMMISSION<br>VILLAGE OF ORLAND PARK<br>KLEIN, THORPE AND JENKINS<br>DENNIS WALSH,<br>KEITH PEKAU INDIVIDUALLY<br>THE STATE OF ILLINOIS<br>KWAME RAOUL – ILLINOIS<br>   ATTORNEY GENERAL<br>THE ATTORNEY<br>REGISTRATION AND<br>DISCIPLINARY COMMITTEE<br>Defendants. | Case: 1:20-cv-03689<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 12/14/2020<br>Description: Pro Se Gen. Civ. (F-DECK)<br><br>Complaint and Demand |

## NATURE OF THE CASE AND OVERVIEW

1.  This suit is brought against the United States of America ("USA") and

the FEDERAL COMMUNICATIONS COMMISSION ("FCC") for

Declaratory judgment pursuant to Rule 57 of The FRCP. In addition it is

Brought against the State Of Illinois and the Illinois Attorney General for

it's failure to mange and issue opinions on who can exercise authority

1

Granted to States By the FCC and Congress. Third it is brought against the Village of Orland Park for it's illegal filing of Federal Telecommunication laws and Orland Parks fabrication of Suits and Illegally filing suits in State Court and withholding and concealing illegal application of Federal Law. Forth it is Brought against the Law Firm of Klein Thorpe and Jenkins and it's Managing partner Dennis Walsh for Illegally filing lawsuits and Concealing lawsuits in violation of Federal Law. Fifth against the Illinois Attorney registration and Disciplinary Commission for its failure to insure That Criminal Violations of Federal laws are not occurring in Federal or State Courts. Sixth against Keith Pekau for his criminal Violation of the Honest service clause and creating a criminal enterprises to defraud the Citizens of Orland Park with the Help of Dennis Walsh and the diversion of taxpayer funds to pay for Legal Services to Private Individuals, cause the Village to overbilled on goods and services purchased so kick back Campaign Donations can be Given to Keith Pekau.

2.   This suit raises regulatory issues and seeks to clarify THE FCC'S OVERSIGHT OF OR FAILURE TO PERFORM OVERSIGHT REQUIRED UNDER 15 U.S. Code § 6103. Actions by States declaratory judgment under 28 U.S.C. §2201

## JURISDICTION

3. Jurisdiction over this action is based on 28 U.S.C. Part IV, Chapter 85 Sections 1331

## VENUE

4. Venue in this district is proper under 28 U.S.C. Part IV, Chapter 87 Section 1391, Section 1402 and Section 1442 because the FCC is headquarters in Washington and under 15 U.S.C 6103 any State entity was required by law To file suit in district court and notify the FCC of filing under any lawsuit under 15 U.S.C. 6102.

The Notification was required to occur in Washington DC and the FCC failed to police or enforce the rules and the act of omission and failure to regulate occurred in Washington DC at the Federal Communications office in Washington DC.

## BACKGROUND

5. Politician Keith Pekau has led Public Corruption and been violating Federal law and the Right to honest services in criminal Violation of 18 U.S.C. 1346

6. Keith Pekau is the Mayor of Orland Park and since his election the Mayors office has been for sale to the highest bidder.

7. Horton insurance paid a consulting company owed by Keith Pekau 75 Thousand dollars and was awarded the Village of Orland Parks insurance business.

8. Twin Peaks Restaurant was ticket and under Criminal investigation by the Village of Orland park. Keith Pekau as Mayor was the Liquor control commissioner.

9. Twin peaks restaurant paid Pekau Campaign fund a "donation" of 1500 hundred dollars and the charges were dropped ending the potential loss of liquor license.

10. Keith Pekau took a 5 thousand dollar campaign contribution from Ziegler Auto group and 30 days later voted for cash incentives in excess of half a million dollars and favorable zoning to be awarded by the Village of Orland Park

11. Keith Pekau has taken 15 thousand dollars in campaign contributions from the Law Firm of Klein Thorpe and Jenkins and in violation of Illinois bid laws failed to bid out the Village Legal services and causing the

Taxpayers of Orland park to pay in excess of three hundred thousand dollars a year in Legal fees to an illegal no bid contract under Illinois law.

12. Dennis Walsh is the Managing Partner of Klein Thorpe and Jenkins and individually acts as private counsel to Keith Pekau on his illegal campaign contribution solicitations.

13. Keith Pekau extorted a full Country club Membership from Crystal Tree country Club in Violation of the State of Illinois law as Keith Pekau also acts as the Liquor Commissioner.

14. Keith Pekau receives a 7 Thousand dollar a year golf Membership From Crystal Tree and Pekau actually regulates Crystal Trees Liquor License.

15. Plaintiff Henry has been doing freedom of information request against The Village and worked with multiple news sources to expose Pekau's Illegal activities.

16. The Public corruption of Keith Pekau has also been exposed in a series of mailers and Robocalls to the Village.

17. From April of 2018 thru the present these political Robocalls have exposed the public corruption of Pekau and Walsh.

18. The Mayor of Orland Park has publically and privately Claimed to Trustee Dodge, former Trustee Carol Ruzich, Former Trustee Michael Carroll, Tinley Park Mayor Jacob Vandenberg, Jack Craven, and the former Mayor of Palos Park Don Jeannes and in person to hundred's of supporters including Thomas Larney, Chief of Police Timothy McCarthy, Joseph Solek, Sean Kampus and in excess of 750 people who he emails and post different claim's on his website and Facebook pages. In his public and private emails he has claimed that the following People have been responsible for these calls that have no date, time or number to establish they occurred.

       A. Gerald Gorman
       B. Ray Hanania
       C. Liz Gorman
       D. Sean Morrison – Cook County Commissioner
       E. Kyle Hastings Mayor of Orland Hills
       F. Paul O'Grady- Orland Township Supervisor
       G. Dan McLaughlin – Former Mayor Of Orland Park
       H. The Cook County Democratic Party
       I. The Electricians Union Local 134
       J. State Senator Michael Hastings
       K. Carol Ruzich
       L. Michael Carroll
       M. Patricia Gira
       N. James Dodge
       O. Devin Hodge
       P. Kelly O'Brien

Q. Kyle R Hastings II

19. In December of 2019 Pekau attacked Plaintiff Michael Henry. Plaintiff found articles on the Public Corruption of Pekau's father who was a board member in the 1970s for the Village of Orland Park and the articles detailed Pekau 's Father seeking illegal campaign contributions from Developers who were working on annexation and zoning agreements with the Village.

20. The people of Orland Park Voted Pekau's Father Donald Pekau out of Office for Public Corruption.

21. The Village of Orland Park was plagued with longtime staff resigning and leaving as they did not want to be involved in the public corruption of Pekau and Walsh.

22. The Village of Orland Park finally Hired a new Village Manager George Koczwara on September 3, 2019 and he Started work During the Month of October.

23. In December of 2019 Pekau and Walsh concocted a scheme to attack

Plaintiff Henry by filing a lawsuit under the TCPA - 47 U.S. Code § 227 – Restrictions on use of telephone equipment .

24. The tale of Public Corruption and perjury and criminal Violations of US Law continues.

25. Attorney Howard Jablecki, Dennis Walsh and Keith Pekau instructed George Koczwara to commit perjury and sign an affidavit verifying a complaint that they Filed in State Court in Violation of 15 U.S.C. 1603.

26. The fabricated lawsuit claims that Plaintiff Henry was responsible for Illegal Robocalls from April of 2018 through the present and George Koczwara signed an affidavit under penalty of Perjury that he had knowledge of and Verified the Cook County Filed Lawsuit.

27. This court, The FCC and the Illinois Attorney General have a very big Question and a criminal prosecution issue to answer and rectify.
If George Koczwara did not start working for the Village of Orland Park Till October of 2019 how did he sign an affidavit under Penalty of Perjury that he had Firsthand Knowledge that All of these event occurred when the lawsuit states the events and Robocalls started in April 2018 a year and a half before George Koczwara started working for the Village?

The Public Corruption and Violation of Federal Law is rampant in Orland Park.

28. The Law firm of Klein Thorpe and Jenkins and Attorneys Dennis Walsh and Howard Jablecki set out on a course to violate State and Federal Law and falsify Court Filings.

## THE LAW

29. 15 U.S. Code § 6103. Does not allow for civil Suits in State Court on Violations of the TCPA By the Attorney General or Designated Authorized State Officer in State Court!

   a. Specifically it demands that a suit be only filed in Federal District Court

      1. 15 U.S. Code § 6103 (a) In general

         Whenever an attorney general of any State has reason to believe that the interests of the residents of that State have been or are being threatened or adversely affected because any person has engaged or is engaging in a pattern or practice of telemarketing which violates any rule of the Commission under section 6102 of this title, the State, as parens patriae, may bring a civil action on behalf of its residents in an appropriate district court of the United States to enjoin such telemarketing, to enforce compliance with such rule of the Commission, to obtain

9

damages, restitution, or other compensation on behalf of residents of such State, or to obtain such further and other relief as the court may deem appropriate.

2. 15 U.S. Code § 6103 (B) Notice

The State shall serve prior written notice of any civil action under subsection (a) or (f)(2) upon the Commission and provide the Commission with a copy of its complaint, except that if it is not feasible for the State to provide such prior notice, the State shall serve such notice immediately upon instituting such action. Upon receiving a notice respecting a civil action, the Commission shall have the right (1) to intervene in such action, (2) upon so intervening, to be heard on all matters arising therein, and (3) to file petitions for appeal.

3. 15 U.S. Code § 6103 (e) Venue; service of process
Any civil action brought under subsection
   (a) in a district court of the United States may be brought in the district in which the defendant is found, is an inhabitant, or transacts business or wherever venue is proper under section 1391 of title 28. Process in such an action may be served in any district in which the defendant is an inhabitant or in which the defendant may be found.

4. 15 U.S. Code § 6103 (f) Actions by other State officials
      (2) In addition to actions brought by an attorney general of a State under subsection (a), such an action may be brought by

10

officers of such State who are authorized by the State to bring actions in such State on behalf of its residents.

30. The Law firm of Klein Thorpe and Jenkins and Attorneys Dennis Walsh and Howard Jablecki ignored Federal Law and Failed to notify the FCC as required by law

    a.) 15 U.S. Code § 6103. (b) Notice

        1. The State shall serve prior written notice of any civil action under subsection (a) or (f)(2) upon the Commission and provide the Commission with a copy of its complaint, except that if it is not feasible for the State to provide such prior notice, the State shall serve such notice immediately upon instituting such action. Upon receiving a notice respecting a civil action, the Commission shall have the right (1) to intervene in such action, (2) upon so intervening, to be heard on all matters arising therein, and (3) to file petitions for appeal.

    b. 15 U.S. Code § 6103(f) Actions by other State officials
(1) Nothing contained in this section shall prohibit an authorized State official from proceeding in State court on the basis of an alleged violation of any civil or criminal statute of such State.

(2) In addition to actions brought by an attorney general of a State under subsection (a), such an action may be brought by officers of such State who are authorized by the State to bring actions in such State on behalf of its residents.

30. At all times the Law specifically requires that any suit under

15 U.S. Code § 6103. Actions by States must occur in District Court. The Same with Litigation on the Telephone Consumer Protection Act 47 U.S.C. § 227

- A. 15 U.S. Code § 6103 (e) Venue; service of process
    1. Any civil action brought under subsection
        (a) in a district court of the United States may be brought in the district in which the defendant is found, is an inhabitant, or transacts business or wherever venue is proper under section 1391 of title 28. Process in such an action may be served in any district in which the defendant is an inhabitant or in which the defendant may be found.

31. The Village of Orland Park has Ignored Federal Venue laws and filed in the Circuit Court trying to make a claim not allowed by the Federal Government or Statue.

32. Attached as Exhibit I is the Lawsuit filed by the Village and it's Attorney in Civil and Criminal Violation of the laws of the United States.

33. The Village of Orland Park was not authorized by the State of Illinois to file this suit and chose to Criminally Violate 15 U.S. Code § 6103

- (f) Actions by other State officials
    (1) Nothing contained in this section shall prohibit an authorized State official from proceeding in State court on the basis of an alleged violation of any civil or criminal statute of such State.

(2) In addition to actions brought by an <u>attorney general</u> of a <u>State</u> under subsection (a), such an action may be brought by officers of such <u>State</u> who are authorized by the <u>State</u> to bring actions in such <u>State</u> on behalf of its residents.

34. In this Suit the Village and it's Attorney in Paragraph 38 Claim the Following.

<u>*The Village is acting as a private attorney general in protecting the public and is entitled to attorneys' fees and litigation costs in this action because it is protecting the public health, safety, and welfare by pursuing this action.*</u>

35. 15 U.S. Code § 6103 specifically prohibits this from happening and sets up a specific set of rules and Procedure's the Village of Orland Park ignored and failed to file in Federal District Court as required by law.

36. Specifically 15 U.S. Code § 6103 allows the State Actors to only file in Federal Court.

## The Undisputed Facts

37. THE FCC has failed to stop the illegal use of laws it has at its disposal.

38. The FCC has failed to take Legal action against the Village of Orland Park preventing it from using it's laws for Political purposes.

39. The FCC has failed to investigate and prosecute the Village of Orland Park and it's Mayor Keith Pekau for the illegal activities.

40. The Attorney General of the State of Illinois has failed to police Corrupt Villages in the State of Illinois allowing illegal activity to flourish.

41. The Attorney General of the State of Illinois has failed to prosecute the public Corruption of Keith Pekau and George Koczwara, for illegal activities.

42. The ARDC had failed to investigate and suspend the law license's of Dennis Walsh and Howard Jablecki.

43. The Village of Orland Park filed a suit in State court Exhibit 1 and Failed to give prior written notice to the FCC in Violation of 15 U.S. Code

§ 6103. (b) Notice

> a. The State shall serve prior written notice of any civil action under subsection (a) or (f)(2) upon the Commission and provide the Commission with a copy of its complaint, except that if it is not feasible for the State to provide such prior notice, the State shall serve such notice immediately upon instituting such action. Upon receiving a notice respecting a civil action, the Commission shall have the right (1) to intervene in such action, (2) upon so intervening, to be heard on all matters arising therein, and (3) to file petitions for appeal.

44. The Village of Orland Park purposely withheld this information and Violated Federal Law by Failing to Notify the FCC of the filing after it was filed

> The State shall serve prior written notice of any civil action under subsection (a) or (f)(2) upon the Commission and provide the Commission with a copy of its complaint, except that if it is not feasible for the State to provide such prior notice, the State shall serve such notice immediately upon instituting such action. Upon receiving a notice respecting a civil action, the Commission shall have the right (1) to intervene in such action, (2) upon so intervening, to be heard on all matters arising therein, and (3) to file petitions for appeal.

45. The Village of Orland Park chose to ignore Federal Law, File a lawsuit in State Court in violation of Federal Law and chose to abuse the Legal system to harass whistleblowers who expose Keith Pekau and his Public Corruption.

> a. 15 U.S. Code § 6103 (a) In general
> Whenever an attorney general of any State has reason to believe that the interests of the residents of that State have been or are

being threatened or adversely affected because any person has engaged or is engaging in a pattern or practice of telemarketing which violates any rule of the Commission under section 6102 of this title, the State, as parens patriae, may bring a civil action on behalf of its residents in an appropriate district court of the United States to enjoin such telemarketing, to enforce compliance with such rule of the Commission, to obtain damages, restitution, or other compensation on behalf of residents of such State, or to obtain such further and other relief as the court may deem appropriate

## COUNT 1

### Declaratory Judgment FCC

46. Mr. Henry incorporates by reference paragraphs 1 through 45 above as if fully set here.

WHEREFORE, Mr. Henry Prays that this Court enters a Declaratory judgment in his favor and against the FCC detailing it Failed to Regulate and Prevent fabricated Litigation due to its negligence and order it to intervene in the Cook County State Court Litigation and file a removal to Federal District Court where the case is required by law to be filed. Or in The alternative move to dismiss the case as the Village of Orland Park had no legal Authority to file the lawsuit.

## COUNT II

**Declaratory Judgment AGAINST the State of Illinois and the Illinois Attorney General Kwame Raoul**

47. Mr. Henry incorporates by reference paragraphs 1 through 46 above as if fully set here.

WHEREFORE, Mr. Henry Prays that this Court enters a declaratory judgment in his favor and against the State Of Illinois and the Attorney General Kwame Raoul that it failed to Follow Federal law and it's negligence and Failure to regulate and prosecute Public corruption in Orland park caused the Violation and abuse of Federal Law.

And order the State Of Illinois and the Attorney General Kwame Raoul to intervene in the Cook County State Court Litigation and file a motion to dismiss the case as the State of Illinois Never Granted Legal Authority to the Village of Orland Park to File the lawsuit.

## COUNT III

**Declaratory Judgment AGAINST the State of Illinois and the Attorney Registration and Disciplinary Commission.**

48. Mr. Henry incorporates by reference paragraphs 1 through 47 above as if fully set here.

WHEREFORE, Mr. Henry Prays that this Court enters a declaratory judgment in his favor and against the State Of Illinois and the Attorney

Registration Disciplinary commission that it failed to Follow Federal law and it's negligence and Failure to regulate and prosecute Public corruption in Orland Park caused the Violation and abuse of Federal Law.

## COUNT IV

### Declaratory Judgment AGAINST the Village of Orland Park, Keith Pekau , Dennis Walsh and Klein Thorpe and Jenkins.

49. Mr. Henry incorporates by reference paragraphs 1 through 48 above as if fully set here.

WHEREFORE, Mr. Henry Prays that this Court enters a declaratory judgment in his favor and against the Village of Orland Park, Keith Pekau , Dennis Walsh and Klein Thorpe and Jenkins Detailing that it instructed Village Manager to commit perjury,

That the Village of Orland Park had no Legal authority to file this lawsuit in Violation of U.S.C. 6103 and chose to violate the law file in Cook county Court, failed to notify the Federal Communication Commission and chose to fabricate and submit perjured Affidavits in court filings.

Respectfully Submitted

*[signature]*

Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com