**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **MICHAEL F. HENRY,** | : | |
| | : | |
| **Plaintiff,** | : | **No. 1:20-cv-03689** |
| v. | : | **The Honorable** |
| **UNITED STATES OF AMERICA,** | : | **Colleen Kollar-Kotelly,** |
| **FEDERAL COMMUNICATIONS COMMISSION,** | : | **Judge Presiding** |
| **VILLAGE OF ORLAND PARK,** | : | |
| **KLEIN, THORPE AND JENKINS,** | : | |
| **DENNIS WALSH,** | : | |
| **KEITH PEKAU INDIVIDUALLY,** | : | |
| **THE STATE OF ILLINOIS,** | : | |
| **KWAME RAOUL – ILLINOIS ATTORNEY** | : | |
| **GENERAL,** | : | |
| **THE ATTORNEY REGISTRATION AND** | : | |
| **DISCIPLINARY COMMISSION,** | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2021, I have caused a copy of the foregoing *Memorandum in Support of Motion of Attorney Registration and Disciplinary Commission to Dismiss Complaint*, *Defendant Attorney Registration and Disciplinary Commission's Motion to Dismiss Complaint, and Proposed Order,* to be served by electronic delivery through the United States District Court for the District of Columbia e-filing system, and to Michael F. Henry via first-class mail at 13233 Bundoran Court, Orland Park, Illinois 60462.

Respectfully submitted,

Attorney Registration and Disciplinary
Commission,

By: ___/s/_____
   Myles V. Lynk
   Bar ID: 361462

Senior Assistant Disciplinary Counsel
District of Columbia Office of Disciplinary
515 Fifth Street, NW, Room 117, Bldg. A
Washington, DC 20001
(202) 454-1746
lynkm@dcodc.org