**IN THE UNITED STATES DISTRICT COURT**
United States District Court for the District of Columbia

| | |
|---|---|
| **MICHAEL HENRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )Civil Action No 20-cv-03689-CKK |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **FEDERAL COMMUNICATIONS** | ) |
| **COMMISSION** | ) |
| **VILLAGE OF ORLAND PARK** | ) |
| **KLEIN,THORPE AND JENKINS** | ) |
| **DENNIS WALSH,** | ) |
| **KEITH PEKAU INDIVIDUALLY** | ) |
| **THE STATE OF ILLINOIS** | ) |
| **KWAME RAOUL – ILLINOIS** | ) |
| **ATTORNEY GENERAL** | ) |
| **THE ATTORNEY** | ) |
| **REGISTRATION AND** | ) |
| **DISCIPLINARY COMMITTEE** | ) |
| **Defendants.** | ) |

**Plaintiff Michael Henry's motion for sanctions against the United States and it's Attorney Sian Jones**

1. **This suit was filed on December 14, 2014.  Court.  And was served on the United States of America and Government Attorney Sian Jones.**

2. **The DOJ serves many roles. It acts as a prosecutor, investigating and bringing criminal cases and civil actions to enforce the law and promote public safety in a fair and just manner. At Main Justice, the DOJ's headquarters in Washington, D.C., and in each of the 94 U.S. attorneys' offices, DOJ trial attorneys and assistant U.S. attorneys investigate and prosecute a range of crimes—from**

1

terrorism to securities fraud to civil rights violations. These attorneys also investigate and bring civil lawsuits under statutes such as the False Claims Act and the Financial Institutions Reform, Recovery, and Enforcement Act. And they do so working in partnership with law enforcement officers within the DOJ and across the federal government whose job it is to keep the American people safe.

3. DOJ acts as a litigator, defending the United States and representing its interests in the nation's courts. When third parties sue to challenge a statute enacted by Congress, a rule enacted by a federal agency, or a decision made by the federal government, the DOJ acts as the federal government's lawyer. DOJ lawyers represent the government from federal district courts to the U.S. Supreme Court, where lawyers with DOJ's Office of the Solicitor General appear on behalf of the government.

4. The DOJ acts as a counselor, providing legal advice to the president, other federal officials, and executive branch agencies. The DOJ's Office of Legal Counsel, for example, reviews every presidential executive order to ensure it is legally sound and provides legal advice to settle disputes among different parts of the federal government. And the attorney general provides legal advice on a range of matters considered by the president and the National Security Council.

5. The DOJ acts as a policymaker and administrator, promoting justice and protecting the public through the enforcement priorities it sets, the billions of dollars in federal grants it administers, and the rules and guidance it issues.[4] The DOJ has a budget of tens of billions of dollars and a workforce of roughly 115,000 people stationed in offices throughout the country and around the world. They are attorneys; agents with the FBI, Drug Enforcement Administration, and Bureau of Alcohol, Tobacco, Firearms and Explosives; officers with the Bureau of Prisons;

**deputy marshals with the U.S. Marshals Service; analysts; and numerous other professionals.**

6. **Since being served with this lawsuit Attorney Sian Jones has had first hand Knowledge the Village of Orland Park and it's Attorneys the law firm of Klein Thorpe and Kenkins and it's Managing partner Dennis Walsh and Attorney Howard Jablecki chose to violate the law and has failed to enforce the law and seek to correct the Illegal activity in direct conflict with her official duties as an Officer of the Court and Attorney representing the FCC and the United States Government.**

7. **This failure to intervene and to prevent the Violation of Federal law is a gross misconduct and is in Violation of her sworn duties to defend the laws of the United States**

**Plaintiff Michael Henry prays this Court issues sanction against Sian Jones and orders the immediate intervention by the DOJ to end the illegal lawsuit.**

Respectfully Submitted


___Michaelfhenry_____
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com

3