**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MICHAEL F. HENRY,

Plaintiff

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants

Civil Action No. 20-3689 (CKK)

**ORDER**
(August 6, 2021)

Plaintiff Michael F. Henry, who appears *pro se*, brings this action against Defendants Federal Communications Commission; the United States of America; the Village of Orland Park; Klein, Thorpe and Jenkins LTD; Dennis Walsh; Keith Pekau; The State of Illinois; Kwame Raoul; and the Illinois Attorney Registration and Disciplinary Committee. Presently before the Court are the following Motions filed by Plaintiff:

- [19] and [24] Motion for Default Judgment against the Village of Orland Park[1];

- [20] and [25] Motion for Default Judgment against Keith Pekau[2];

- [30] Motion for Default Judgment against the State of Illinois and Illinois Attorney General Kwame Raoul;

- [32] Motion for Default Judgment against Klein Thorpe and Jenkins; and

- [33] Motion for Default Judgment against Dennis Walsh.

Plaintiff's motions fail to follow the procedural requirements of Federal Rule of Civil Procedure 55, which requires a plaintiff to "first obtain an entry of default from the clerk of court" before "seek[ing] an entry of default judgment." *Peak v. Dist. of Columbia*, 236 F.R.D. 13, 15 (D.D.C. 2006) (internal citations omitted). Plaintiff has not completed the first step of seeking an entry of default, which is "the necessary predicate to a grant of default judgment against any defendant." *Id.* (internal citations omitted).

---

[1] Plaintiff appears to have filed identical motions at docket entries 19 and 24.
[2] Plaintiff appears to have filed identical motions at docket entries 20 and 25.

1

Accordingly it is this 6th day of August 2021, hereby

**ORDERED** that the above-listed motions are **DENIED**; and it is further

**ORDERED** that in accordance with the Court's [38] Order to Show Cause as to why the Complaint should not be dismissed for failure to state a claim upon which relief may be granted, issued this same date, Plaintiff shall <u>not</u> seek default until the Court has resolved the issue raised in its Order to Show Cause.

*The Clerk of Court shall mail a copy of this Order to Plaintiff's address of record.*

**SO ORDERED.**                         /s/

COLLEEN KOLLAR-KOTELLY
United States District Judge

2