## IN THE UNITED STATES DISTRICT COURT
United States District Court for the District of Columbia

| | |
|---|---|
| **MICHAEL HENRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )**Civil Action No 20-cv-03689-CKK** |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **FEDERAL COMMUNICATIONS** | ) |
| **COMMISSION** | ) |
| **VILLAGE OF ORLAND PARK** | ) |
| **KLEIN,THORPE AND JENKINS** | ) |
| **DENNIS WALSH,** | ) |
| **KEITH PEKAU INDIVIDUALLY** | ) |
| **THE STATE OF ILLINOIS** | ) |
| **KWAME RAOUL – ILLINOIS** | ) |
| **ATTORNEY GENERAL** | ) |
| **THE ATTORNEY** | ) |
| **REGISTRATION AND** | ) |
| **DISCIPLINARY COMMITTEE** | ) |
| **Defendants.** | ) |

**Plaintiff Michael Henry Motion for Clarification and reconsideration of the Court dismissal as it failed to take into account or rule on Plaintiffs Constitutional claim for Violation of the first amendment**

1. This Court was presented by Plaintiff in its motion to recuse the District Judge the only alleged message that the Village of Orland Park Provided in conflict with its claims of 18 illegal calls it only produced text of one call.

2. Specifically the court failed to rule if the following Statement is Free speech under the First Amendment of the constitution.

   ***Mayor Pekau your last email shows desperation and shows how clueless you are, People don't support you because of no bid million  dollar contracts when you have a consulting***

1

*agreement with Austin Tyler the company whogot the no bid contract, and you take Campaign Donations from Attorneys working for the City, and took 75 thousand dollars in consulting fees from Horton Insurance the Village's Insurance Company,and you take Campaign Donations from developers looking to get projects approved by the City,It Runs in your family, political corruption and election tampering and bribes and kickbacks.Why would anyone want to run on your ticket*

3. Second the Court ruled that it Appears that the Village of Orland Park Might be considered and entity as no such definition was present in the TCPA.

4. The Court ignored Illinois Law and the Illinois Municipal code does not allow for this Classification of a Government "Entity" under the Rules the Village of Orland Park was incorporated.

5. The Court ruling conflicts with Illinois law and fails to apply Illinois law that would prevent an Illinois Municipal Corporation to be and entity.

```
(65 ILCS 5/Art. 1 Div. 1 heading)
        DIVISION 1. SHORT TITLE, DEFINITIONS,
        SCOPE OF CODE, GRANT OF CERTAIN POWERS
(65 ILCS 5/1-1-1)(from Ch. 24, par. 1-1-1)
Sec. 1-1-1. This Code shall be known and may be cited as
the Illinois Municipal Code.(Source: Laws 1961, p. 576.)
```

6. Illinois law specifically defines what a Municipal corporation is and it does not say it is an entity and the Court cannot ignore Illinois law and rules and regulations that establish a municipality.

Illinois Statutes Chapter 50. Local Government § 20/3.Definitions

(d) "Municipality" means any city, village or incorporated town of the State of Illinois.

(e) "Municipal corporation" includes a county, city, village, town, (including a county seat), park district, school district in a county of 3,000,000 or more population, board of education of a school district in a county of 3,000,000 or more population, sanitary district, airport authority contiguous with the County Seat as of July 1, 1969 and any other municipal body or governmental agency of the State, and until July 1, 2011, a school district that (i) was organized prior to 1860, (ii) is located in part in a city originally incorporated prior to 1840, and (iii) entered into a lease with a Commission prior to 1993, and its board of education, but does not include a school district in a county of less than 3,000,000 population, a board of education of a school district in a county of less than 3,000,000 population, or a community college district in a county of less than 3,000,000 population, except that until July 1, 2011, a school

2

district that (i) was organized prior to 1860, (ii) is located in part in a city originally incorporated prior to 1840, and (iii) entered into a lease with a Commission prior to 1993, and its board of education, are included.

Respectfully Submitted


___Michaelfhenry_____
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com